November 16, 1973

Commonwealth *v.* White, Appellant.

Argued September 12, 1973. *Melvin J. Greenberg,* for appellant; *James Garrett,* with him *Milton M. Stein* and *James T. Ranney,* Assistant District Attorneys,

752

and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING and SPAETH, JJ., absent.